JAMES CANTONI *v.* XEROX CORPORATION ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 18686) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal for lack of a final judgment?"

The Supreme Court docket number is SC 16067.

*Jennifer A. Hock,* in support of the petition.

Decided January 28, 1999

TOWN OF HAMDEN ET AL. *v.* LEE S. BRADY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 18724) is denied.

*Lee S. Brady,* pro se, in support of the petition.

Decided January 28, 1999